UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>    Plaintiff,   )<br>  )  No. 15-cv-04059<br>  v.   )<br>  )  Judge Durkin<br>EVERGREEN BANK GROUP,   )<br>  )<br>    Defendant.   )<br>_____)  | |

**JOINT MOTION TO DISMISS**

The parties jointly request that the court dismiss this action. As explained below, the parties have successfully implemented all requirements of the Consent Order, and, under paragraph 23, the Consent Order is set to expire by its own terms on May 22, 2018.

The Court entered a Consent Order in this case on May 15, 2015. (Dkt No. 5) The Consent Order resolved all claims set forth in the United States' Complaint against Defendant.

On February 7, 2018, the parties updated the court on their successful implementation of the Consent Order as of that date. (Dkt No. 15). The parties also informed the court that defendant's final compliance report in this case was due on May 15, 2018, and that the Consent Order was set to expire by its own terms no earlier than May 22, 2018. The parties requested that the court reschedule the status hearing in this case for May 29, 2018, but that if defendant had maintained compliance with all requirements of the Consent Order as of May 22, 2018, the parties would move jointly for dismissal. In response, the court rescheduled the status hearing for May 29, 2018. (Dkt No. 17).

The defendant has continued to comply with all provisions of the Consent Order. Since the February 7 update, the defendant submitted its final compliance report on May 15, 2018. As noted in the February 7 update, on January 24, 2018, defendant completed distribution of all remaining funds in the Settlement Fund to aggrieved borrowers as required by Paragraphs 5-17 of the Consent Order.

The Consent Order has continued to be successfully implemented since its entry. Accordingly, the parties request that this case be dismissed.

Respectfully submitted this 22nd day of May, 2018,

For Plaintiff United States of America:

| | |
|---|---|
| JOHN R. LAUSCH, Jr.<br>United States Attorney<br>Northern District of Illinois | JOHN M. GORE<br>Acting Assistant Attorney General<br>Civil Rights Division |
| /s/ Patrick W. Johnson<br>PATRICK W. JOHNSON<br>Assistant United States Attorney<br>Northern District of Illinois<br>219 South Dearborn Street<br>9th Floor<br>Chicago, Illinois 60604<br>Tel.: (312) 353-5327<br>Fax: (312) 886-3501<br>Patrick.Johnson2@usdoj.gov | SAMEENA SHINA MAJEED<br>Chief<br>LUCY CARLSON<br>Deputy Chief<br><br>/s/ Patricia O'Beirne<br>PATRICIA O'BEIRNE<br>Trial Attorney<br>United States Department of Justice<br>Civil Rights Division<br>Housing and Civil Enforcement Section<br>950 Pennsylvania Avenue, N.W. – NWB<br>Washington, DC 20530<br>Tel.: (202) 514-4713<br>Fax: (202) 514-1116<br>Patricia.O'Beirne@usdoj.gov |

For Defendant Evergreen Bank Group:

/s/ Michael B. Mierzewski (by consent)
MICHAEL B. MIERZEWSKI
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., N.W.
Washington, DC 20001
Tel.: (202) 942-5995
Fax: (202) 942-5999
Michael.Mierzewski@arnoldporter.com